# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Robert M. Levy  DATE: 7/14/17

DOCKET NUMBER: 17 CR 372 (JS)  FTR #: 3:06 - 3:20

DEFENDANT'S NAME: Erik Matz

✓ Present ___ Not Present  ✓ Custody ___ Bail

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 14 2017 ★ LONG ISLAND OFFICE

DEFENSE COUNSEL: Michael Finkelstein
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A.: Aley Cooley  CLERK: M. Sea

INTERPRETER: _____ (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.  ___ Defendant's first appearance.

✓ Bond set at $1,000,000.00. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

2 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: 2 properties posted. Confessions of judgment to be filed by:

1st - 7/18/17
2nd - 7/28/17