## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE:** SEYBERT, J.    **DATE:** 4/11/2018    **TIME:** 1:30

**DOCKET NUMBER:** CR 17-372    **TITLE:** USA-V- CHARTIER

**DEFT NAME:** ERIK MATZ    **DEFT:** #6
  X  PRESENT    ___ NOT PRESENT   ___ IN CUSTODY    X  ON BAIL

   **ATTY. FOR DEFT.:** CHRISTOPHER BRUNO    C.J.A.
        X PRESENT     NOT PRESENT    X  RET.
                    FED. DEF. OF NY, INC.

**A.U.S.A.** WHITMAN KNAPP        **DEPUTY CLERK:** CHARLES BARAN

**COURT REPORTER:** M. STEIGER

 X   Case called; counsel for all sides present.

 X   Deft. withdraws not guilty plea and enters a plea of guilty to Counts 1, 2, 9 of the Indictment.

 X   Court finds a factual basis for the plea.

 X   Sentence date set for  10/12/2018 at  2:00PM.

 X   Probation Department notified.

 ___ Case adjourned to _____ for

 X   Bail status continued for defendant.

 ___ Deft. continued in custody.

 ___ Bail set at _____

 ___ Other: