

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK
F. #2018R00889

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2018

BY ECF

The Honorable Joanna Seybert
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

        Re:   United States v. Erik Matz
                 Criminal Docket No. 17-372 (JS) (Deft. No. 6)

Dear Judge Seybert:

        On April 11, 2018, defendant Robert Gilbert pleaded guilty before this Court to Counts One, Two and Nine of the above-captioned indictment, alleging conspiracy to commit securities fraud, in violation of Title 18, United States Code, Section 371, wire fraud, in violation of 18 U.S.C. § 1349, and money laundering, in violation of 18 U.S.C. § 1956(h), respectively. The defendant's case was adjourned until October 12, 2018, at 10:00 a.m.

        The government writes respectfully to request that the matter now be adjourned, and the PSR held in abeyance, from October 12, 2018, until a date no later than April 12, 2019.

Hon. Joanna Seybert
October 5, 2018
Page 2

Christopher Bruno, Esq., attorney for the defendant, has informed the government that he has no opposition to this request.

                                                Respectfully submitted,

                                                RICHARD P. DONOGHUE
                                                United States Attorney

By:          /s/
                                                Alicyn L. Cooley
                                                Patrick Hein
                                                Whitman G.S. Knapp
                                                Assistant U.S. Attorneys
                                                (718) 254-6389/6284/6107

c.c.:    Clerk of the Court (JS) (by ECF)
         Christopher Bruno, Esq. (by ECF)
         U.S. Probation Officer Steven Guttman (by Email)