

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK
F. #2018R00889

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 5, 2019

BY ECF

The Honorable Joanna Seybert
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Erik Matz
                  Criminal Docket No. 17-372 (JS) (Deft. No. 6)

Dear Judge Seybert:

        On April 11, 2018, defendant Erik Matz pleaded guilty before this Court to Counts One, Two and Nine of the above-captioned indictment, alleging conspiracy to commit securities fraud, in violation of Title 18, United States Code, Section 371, wire fraud, in violation of 18 U.S.C. § 1349, and money laundering, in violation of 18 U.S.C. § 1956(h), respectively. The defendant's case is currently adjourned until this Friday, April 12, 2019, at 2:00 p.m.

        The government writes respectfully to request that the matter now be adjourned, and the PSR held in abeyance, from April 12, 2019, until a date on or after November 8, 2019.

Hon. Joanna Seybert
April 5, 2019
Page 2

Christopher Bruno, Esq., attorney for the defendant, has informed the government that he has no opposition to this request.

                                                  Respectfully submitted,

                                                  RICHARD P. DONOGHUE
                                                  United States Attorney

                                   By:            /s/
                                                  Whitman G.S. Knapp
                                                  Assistant U.S. Attorneys
                                                  (718) 254-6107

c.c.:    Clerk of the Court (JS) (by ECF)
          Christopher Bruno, Esq. (by ECF)
          U.S. Probation Officer Steven Guttman (by Email)